UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAHLIA ROGERS, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                      Case No. 8:25-cv-471-WFJ-NHA

ZENITH AMERICAN SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Plaintiff's Response to Show Cause regarding Service of Process (Dkt. 11) in which Plaintiff suggests this case be transferred. *See generally* Local Rule 1.07(a)(2)(B), M.D. Fla. In view of the related and earlier-filed case of *David Black v. Zenith American Solutions, Inc.*, No. 8:25-cv-383-JLB-CPT, which is pending before the Honorable John L. Badalamenti, this case is **TRANSFERRED** to Judge Badalamenti, with his knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

    **DONE AND ORDERED** at Tampa, Florida, on June 5, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Hon. John L. Badalamenti and Counsel of record